Prob 12
(Rev. 3/88)

## UNITED STATES DISTRICT COURT
### For The
### WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Water Funa-Lara                                Docket No. 05-00181-001 (ED/PA)
A.K.A. Edwin Rolando Colindres-Espinal

### Petition on Supervised Release          2: 10 cr 139

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Edwin Rolando Colindres-Espinal, who was placed on supervision by the Honorable Claude M. Hilton, sitting in the Court at Manassas, Virginia, on the 2nd day of September 2005, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall participate in a program approved by the Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial cost to be paid by the defendant, all as directed by the probation officer.
- Shall cooperate with any orders or directives of the Bureau of Immigration and Customs Enforcement.
- Shall pay a special assessment of $100.

09-02-05:  Reentry After Deportation Following Conviction of Aggravated Felony; 30 months' imprisonment, with 3 years' supervised release.
03-02-07:  Released to Immigration and Customs Enforcement; Currently supervised by the Eastern District of Virginia.
09-08-09:  Arrested in the Western District of Pennsylvania for Reentry of a Removed Alien.
09-29-09:  Warrant issued by the Eastern District of Virginia to be lodged as a detainer at the Allegheny County Jail.
07-07-10:  Jurisdiction transferred from the Eastern District of Virginia to the Western District of Pennsylvania.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that the defendant has violated the following conditions of supervised release:

**The defendant shall not commit another Federal, state, or local crime.**

On March 3, 2007, the defendant was deported to Mexico. On September 8, 2009, the defendant was arrested in the Western District of Pennsylvania and charged with Reentry of a Removed Alien, in violation of 8 U.S.C. § 1326 at Criminal No. 09-00285-001. A petition for a warrant to be lodged as a detainer at the Allegheny County Jail was executed by the Eastern District of Virginia on September 29, 2009. On June 24, 2010, a motion to transfer jurisdiction for resolution of a pending violation was entered by the supervised releasee. On July 7, 2010, the Honorable Claude M. Hilton of the Eastern District of Virginia signed an order granting transfer of jurisdiction to the Western District of Pennsylvania.

PRAYING THAT THE COURT WILL ORDER that the supervised releasee appear in Federal Court, Courtroom No. _3A__, _3RD_ Floor, U.S. Post Office and Courthouse, Pittsburgh, Pennsylvania, with legal counsel on _TUESDAY, AUGUST 3, 2010_, at _2 PM_, to show cause why supervision should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ July 20, 2010 _____

ORDER OF COURT

Considered and ordered this _21ST_ day of _July_, 20 _10_ and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

_____
Leah M. Hawk
Probation Services Assistant

_____
Mike DiBiasi
Supervising U.S. Probation Officer

Place: _____ Pittsburgh, Pennsylvania