# UNITED STATES DISTRICT COURT

Western District of Pennsylvania

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| Walter Funa-Lara | |

Case No. 2:10-cr-00139-001
USM No. #70337-083

Jay J. Finkelstein, AFPD
_Defendant's Attorney_

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  1  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant shall not commit another Federal, state or local crime | 09/08/2009 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: ----

Defendant's Year of Birth: 1975

City and State of Defendant's Residence:
Youngstown, OH

08/03/2010
Date of Imposition of Judgment

Signature of Judge

Gary L. Lancaster,                Chief U.S. Judge
Name and Title of Judge

8/4/10
Date

DEFENDANT: Walter Funa-Lara
CASE NUMBER: 2:10-cr-00139-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

Eight (8) months, to run concurrently with the period of incarceration imposed on this defendant, through one of his aliases, at this court's Criminal No. 09-285, with no supervision to follow.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

                                   UNITED STATES MARSHAL

                   By _____
                                 DEPUTY UNITED STATES MARSHAL